UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------ x

                                                    16 CV 02478 (DAB)

SERENDIP LLC,

                              Plaintiff,

                                                    **RULE 7.1 STATEMENT**

                 vs.

NEOCHROME, MUSICAST &
NICOLAS SALVADORI,

                              Defendants.

------------------------------------------------------ x


          Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel

for Plaintiff Serendip LLC (a private limited liability company) certifies that

Serendip LLC has no corporate parents, affiliates and/or subsidiaries.


Date:          New York, New York

               September 13, 2016


                              By: _____s/_____
                              **Annemarie Franklin** (AF-3933)


                              Annemarie Franklin, Esq.
                              PO Box 1024 Cooper Station
                              New York NY 10276-1024
                              212-475-1630
                              sdenim@nyc.rr.com

                              *Attorney for Plaintiff*