USDC SDNY                    Batts, J
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/15/17

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x

SERENDIP LLC,

                          Plaintiff,

          vs.

NEOCHROME, MUSICAST &
NICOLAS SALVADORI,

                          Defendants.
-------------------------------------------------------- x

16 CV 02478 (DAB)

**STIPULATION OF
VOLUNTARY DISMISSAL
F.R.C.P. 41(a)(1)(A)(ii)**

STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

WHEREAS plaintiff's claims against defendants Néochrome and Nicolas Salvadori have previously been dismissed, without prejudice, by Order of the Court, filed February 2, 2017, IT IS HEREBY STIPULATED AND AGREED by and between the parties which have appeared in this action, by their attorneys and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that the above-captioned action is voluntarily dismissed, with prejudice against the defendant Musicast, with each party to bear their own attorney's fees and costs.

Dated: Feb. 17, 2017

          New York, NY

By: _____

**Annemarie Franklin**
Annemarie Franklin, Esq.
PO Box 1024 Cooper Station
New York NY 10276-1024
212-475-1630
sdenim@nyc.rr.com

Attorney for Plaintiff

**SO ORDERED**

DEBORAH A. BATTS   3/15/17
UNITED STATES DISTRICT JUDGE

Dated: February 16, 2017
Los Angeles, CA

O'MELVENY & MYERS LLP

By: _____
Jordan Raphael

400 South Hope Street, 18th Floor
Los Angeles CA 90071
213-430-6000
jraphael@omm.com

Attorneys for Defendant
MUSICAST

SO ORDERED:

_____
U.S.D.J.

2